**Charles RAYFORD, Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. 71308.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Gwenda R. Robinson, Assistant Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joanne E. Joiner, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the dismissal of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this *order affirming the judgment pursuant to* Rule 84.16(b).

**Roland DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 71261.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

A. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Roland Davis ("movant"), appeals the judgment entered by the Circuit Court of the City of St. Louis dismissing his Rule 24.035 motion for post-conviction relief because it was untimely filed. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the motion court is not clearly erroneous. The time limits of Rule 24.035 have been found constitutionally sound. *Day v. State,* 770 S.W.2d 692 (Mo.banc 1989). As an extended opinion would serve no jurisprudential purpose, we affirm the motion court pursuant to Rule 84.16(b).